# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Robin Hensel, | Civil No. 12-1160 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| City of Little Falls, MN, Gerald Lochner, Lori Kasella, Greg Schirmers, John Does 1-12, in their individual capacities, | |
| Defendants. | |

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: May 15, 2012

                                                                                           s/Richard H. Kyle
                                                                                            RICHARD H. KYLE
                                                                                            United States District Judge