# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Robin Hensel,

                Plaintiff,

                                          Civ. No. 12-1160 (RHK/LIB)

v.                                            **ORDER**

City of Little Falls, MN, et al.,

                Defendants.

      Plaintiff and Defendants have requested by correspondence to move the hearing date for Plaintiff's Motion for Judgment on the Pleadings from September 12, 2012 to early October because the city ordinance underlying this action has been amended. The Court wishes to clarify the scope of the pending motion in light of this new development before granting or denying the parties' request. Accordingly, **IT IS ORDERED** that the parties appear in person for a status conference before the undersigned at 2:00 p.m. on Thursday, August 30, 2012, in Courtroom 7A, Warren E. Burger Federal Building and United States Courthouse, 316 North Robert Street, St. Paul, Minnesota.

Date: August 28, 2012                               s/Richard H. Kyle
                                                                RICHARD H. KYLE
                                                                  United States District Judge